UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRELLE NELSON, | |
| Petitioner, | Civil Action No. 17-5083 (NLH) |
| v. | **MEMORANDUM OPINION** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

It appearing that:

1. Pro se Petitioner Terrelle Nelson, a prisoner confined at Federal Correctional Institution McKean in Bradford, Pennsylvania, seeks to file a motion to vacate pursuant 28 U.S.C. § 2255. (ECF No. 1.)

2. Local Civil Rule 81.2 provides:

> Unless prepared by counsel, . . . motions under 28 U.S.C. §2255 shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).

3. Petitioner did not use the form supplied by the Clerk for section 2255 motions, *i.e.*, AO243 (modified): DNJ-Habeas-004 (Rev. 01-2014).

4. As a result, the Court will administratively terminate this matter. If Petitioner wishes to reopen this case, within 30 days, he must submit a complete, signed motion on the correct form.

2

    5.   An appropriate order follows.

```
Dated: July 17, 2017           s/ Noel L. Hillman
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.
```

Case 1:17-cv-05083-NLH   Document 2   Filed 07/17/17   Page 2 of 2 PageID: 9